JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEROZH ARUTYUNYAN DBA KAPTAIN FISH COLLECTIBLES,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED NATIONAL INSURANCE COMPANY, a Pennsylvania corporation; COLLECTIBLE INSURANCE SERVICES, LLC, a Pennsylvania corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:23-CV-09033 JLS (AS)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

## ORDER

Pursuant to the stipulation of the parties (Doc. 18) under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated:  April 12, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE